IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 19-cv-461 (LMB/TCB) |
| ) | |
| DAVID MIZE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendants Jeremy Branch, Alyson Dykes, Jeffrey Lohman, Ibrahim Muhtaseb, The Law Offices of Jeffrey Lohman, David Mize, and David Mize Law, PLLC's Motion to Dismiss and/or Transfer Venue under 28 U.S.C. § 1404 [Dkt. No. 27] be and is DENIED WITHOUT PREJUDICE.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of August, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge