UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: THERESA CARROLL BUCHANAN

## MOTION HEARING

Date: __12/13/19__
Start: __10:07 Am__
Finish: __10:10 Am__
Reporter: FTR
Deputy Clerk: Tina Fitzgerald

Civil Action Number: ___19cv461___

___Navient Solutions, LLC___

vs.

___Mize et al___

Appearance of Counsel for ( X ) Plaintiff  ( X ) Defendant  (  ) Pro Se  (  ) Not Present

Motion __for Leave – DE # 77 ; Motion for Extension of Deadlines DE# 81__

__motion to Amend Scheduling Order – DE # 83__

(  ) Matter is Uncontested and Taken Under Advisement

Argued & DE# 77   DE#83
DE# 81
( X ) Granted ( X )Denied (  ) Granted in part/Denied in part
(  ) Taken Under Advisement  (  ) Continued to

_____

_____

_____

(  ) Report and Recommendation to Follow

( X ) Order to Follow

(  ) Rule To Show Cause to be Issued