IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Navient Solutions, LLC ) | |
| ) | |
| Plaintiff(s) ) | |
| v. ) | CIVIL ACTION NO. 1:19cv461 |
| ) | |
| The Law Offices of Jeffrey Lohman, et al ) | |
| ) | |
| Defendant(s) ) | |

## DEFAULT JUDGMENT

A default having been entered against the defendant, Champion Marketing Solutions, LLC (doing business as CMS) and counsel for the plaintiff Navient Solutions, LLC having requested judgment against the defaulted defendant(s) Champion Marketing Solutions, LLC and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that the plaintiff Navient Solutions, LLC recover of the defendant Champion Marketing Solutions, LLC (doing business as CMS) the sum of $6,150,000.

Dated at Alexandria, Virginia, this 27th day of April, 2020.

FERNANDO GALINDO
CLERK OF COURT

BY: ____/s/_____
Deputy Clerk
Dana Van Metre