UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>DAVID MIZE, *et al.*,<br><br>Defendants. | CIVIL ACTION No.1:19-cv-00461 |

**PLAINTIFF NAVIENT SOLUTIONS, LLC'S
EMERGENCY MOTION TO QUASH AND FOR A PROTECTIVE ORDER
PRECLUDING THE DEPOSITION OF PATRICK CHAING**

Pursuant to Rule 26(b)(2)(C) of the Federal Rules of Civil Procedure, Plaintiff Navient Solutions, LLC ("NSL"), by and through counsel, respectfully moves this Court on an emergency basis to (i) quash the subpoena issued by Defendants The Law Offices of Jeffrey Lohman, Jeffrey Lohman, and Jeremy Branch (together, the "Lohman Defendants"), commanding NSL's former attorney, Patrick Chaing, to appear for deposition on **June 19, 2020**; and (ii) enter an order that precludes the Defendants from deposing him or any other attorney that has represented NSL in this case absent a showing that non-privileged information crucial to their case cannot be obtained from other sources.

\* \* \*

DATED: June 12, 2020                    Respectfully submitted,


                                        /s/ Jeffrey R. Hamlin
                                        Jeffrey R. Hamlin (Va. Bar No. 46932)
                                        George R. Calhoun V (*pro hac vice*)
                                        Whitney A. Fore (Va. Bar No. 87526)
                                        IFRAH PLLC
                                        1717 Pennsylvania Avenue NW
                                        Suite 650
                                        Washington, DC 20006-2004
                                        (202) 524-4140 – Tel.
                                        (202) 524-4141 – Fax
                                        jhamlin@ifrahlaw.com
                                        george@ifrahlaw.com
                                        wfore@ifrahlaw.com

                                        *Counsel for Plaintiff Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, I served the foregoing motion by electronic mail on the following:

Thomas F. Urban, II
Fletcher, Heald & Hildreth, PLC
1300 N. 17th Street, Suite 1100
Arlington, VA 22209
(703) 812-0462
urban@fhhlaw.com
*Counsel for Defendants Jeffrey Lohman, The Law Offices of Jeffrey Lohman, and Jeremy Branch*

Jeffrey E. Grell
Grell Feist PLC
825 Nicollet Mall, Suite 625
Minneapolis, MN 55402
(612) 353-5530
jgrell@grellfeist.com
*Counsel for Defendants Jeffrey Lohman, The Law Offices of Jeffrey Lohman, and Jeremy Branch*

Nicholas Gehrig
Redmon Peyton & Braswell LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
ngehrig@rpb-law.com
*Counsel for Defendants Alyson Dykes and Ibrahim Muhtaseb*

Mikhael D. Charnoff
Perry Charnoff PLLC
1010 N. Glebe Road, Suite 310
Arlington, VA 22201
(703) 291-6650
mike@perrycharnoff.com
*Counsel for Defendants GST Factoring, Inc., Gregory Trimarche, and Rick Graff*

Bernard Joseph DiMuro
Miles Jarrad Wright
DiMuroGinsberg PC
1101 King Street, Suite 610
Alexandria, VA 22314-2956
(713) 684-4333
bdimuro@dimuro.com
mjwright@dimuro.com
*Counsel for Defendants Manny Kashto and RJ Marshall*

Robert Lee Vaughn , Jr.
Omyx Law, PLC
8000 Towers Crescent Drive, Suite 1300
Vienna, VA 22182
(703) 689-2100
rvaughn@oconnorandvaughn.com
*Counsel for Defendant Wes Sabri*

Kathryn Elizabeth Bonorchis
Lewis Brisbois Bisgaard & Smith
100 Light Street
Baltimore, MD 21202
(410) 525-6409
kathryn.bonorchis@lewisbrisbois.com
*Counsel for Defendant Bill Carlson*

        /s/ Jeffrey R. Hamlin
        Jeffrey R. Hamlin