UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID MIZE, *et al.*,<br><br>　　　　　　　Defendants. | CIVIL ACTION No.1:19-cv-00461 |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Tuesday, June 19, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Navient Solutions, LLC, will present argument before this Court on its Emergency Motion to Quash and for a Protective Order Precluding Patrick Chaing's deposition.

DATED: June 12, 2020

Respectfully submitted,

/s/ Jeffrey R. Hamlin
Jeffrey R. Hamlin (Va. Bar No. 46932)
George R. Calhoun V (*pro hac vice*)
Whitney A. Fore (Va. Bar No. 87526)
IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
jhamlin@ifrahlaw.com
george@ifrahlaw.com
wfore@ifrahlaw.com

*Counsel for Plaintiff Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2020, I served the foregoing by electronic mail on the following:

Thomas F. Urban, II
Fletcher, Heald & Hildreth, PLC
1300 N. 17th Street, Suite 1100
Arlington, VA 22209
(703) 812-0462
urban@fhhlaw.com
*Counsel for Defendants Jeffrey Lohman, The Law Offices of Jeffrey Lohman, and Jeremy Branch*

Jeffrey E. Grell
Grell Feist PLC
825 Nicollet Mall, Suite 625
Minneapolis, MN 55402
(612) 353-5530
jgrell@grellfeist.com
*Counsel for Defendants Jeffrey Lohman, The Law Offices of Jeffrey Lohman, and Jeremy Branch*

Nicholas Gehrig
Redmon Peyton & Braswell LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
ngehrig@rpb-law.com
*Counsel for Defendants Alyson Dykes and Ibrahim Muhtaseb*

Mikhael D. Charnoff
Perry Charnoff PLLC
1010 N. Glebe Road, Suite 310
Arlington, VA 22201
(703) 291-6650
mike@perrycharnoff.com
*Counsel for Defendants GST Factoring, Inc., Gregory Trimarche, and Rick Graff*

Bernard Joseph DiMuro
Miles Jarrad Wright
DiMuroGinsberg PC
1101 King Street, Suite 610
Alexandria, VA 22314-2956
(713) 684-4333
bdimuro@dimuro.com
mjwright@dimuro.com
*Counsel for Defendants Manny Kashto and RJ Marshall*

Robert Lee Vaughn , Jr.
Omyx Law, PLC
8000 Towers Crescent Drive, Suite 1300
Vienna, VA 22182
(703) 689-2100
rvaughn@oconnorandvaughn.com
*Counsel for Defendant Wes Sabri*

Kathryn Elizabeth Bonorchis
Lewis Brisbois Bisgaard & Smith
100 Light Street
Baltimore, MD 21202
(410) 525-6409
kathryn.bonorchis@lewisbrisbois.com
*Counsel for Defendant Bill Carlson*

      /s/ Jeffrey R. Hamlin
      Jeffrey R. Hamlin