UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE LAW OFFICES OF JEFFREY LOHMAN, P.C., *et al.*,<br><br>Defendants. | CIVIL ACTION No.1:19-cv-00461 |

## NOTICE OF WAIVER OF ORAL ARGUMENT

Pursuant to Rule 7(E) of the Local Rules of Civil Procedure, Plaintiff Navient Solutions, LLC, ("NSL") hereby waives oral argument on its Motion to Approve Stipulations of Dismissal with Prejudice and submits the motion to the Court for disposition on the papers.

DATED: November 2, 2020             Respectfully submitted,

/s/ Jeffrey R. Hamlin
Jeffrey R. Hamlin (Va. Bar No. 46932)
George R. Calhoun V (*pro hac vice*)
Whitney A. Fore (Va. Bar No. 87526)
IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
jhamlin@ifrahlaw.com
george@ifrahlaw.com
wfore@ifrahlaw.com

*Counsel for Plaintiff Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, I will electronically file the foregoing using the Court's CM/ECF system, which will send a notification of such filing (NEF) to the following counsel of record for all parties who have appeared in this action:[1]

Thomas F. Urban, II
Fletcher, Heald & Hildreth, PLC
1300 N. 17th Street, Suite 1100
Arlington, VA 22209
(703) 812-0462
urban@fhhlaw.com
*Counsel for Defendants Jeffrey Lohman, The Law Offices of Jeffrey Lohman, and Jeremy Branch*

Jeffrey E. Grell
Grell Feist PLC
825 Nicollet Mall, Suite 625
Minneapolis, MN 55402
(612) 353-5530
jgrell@grellfeist.com
*Counsel for Defendants Jeffrey Lohman, The Law Offices of Jeffrey Lohman, and Jeremy Branch*

Mikhael D. Charnoff
Perry Charnoff PLLC
1010 N. Glebe Road, Suite 310
Arlington, VA 22201
(703) 291-6650
mike@perrycharnoff.com
*Counsel for Defendants GST Factoring, Inc., Gregory Trimarche, and Rick Graff*

Bernard Joseph DiMuro
Miles Jarrad Wright
DiMuroGinsberg PC
1101 King Street, Suite 610
Alexandria, VA 22314-2956
(713) 684-4333
bdimuro@dimuro.com
mjwright@dimuro.com
*Counsel for Defendants Manny Kashto, and RJ Marshal*

---

[1] A courtesy copy will be delivered to chambers within twenty-four hours in accordance with the Alexandria Division's chambers-copy rules.

2

Stefan Savic
Shipkevich
165 Broadway, Suite 2300
New York, NY 10006
(212) 252-3003
ssavic@shipkevich.com
*Counsel for Defendant Bill Carlson*

                                      /s/ Jeffrey R. Hamlin
                                      Jeffrey R. Hamlin