UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NAVIENT SOLUTIONS. LLC,

       Plaintiff,

v.

THE LAW OFFICES OF JEFFREY
LOHMAN, et al.,

       Defendants.

Civil Action No. 1:19-cv-00461

## ORDER

Upon consideration of the parties' Stipulation of Dismissal with Prejudice as to Defendants Robert J. "RJ" Marshall and Mansur "Manny" Kashto the Stipulation is hereby APPROVED; and it is further,

ORDERED that all claims in the above-captioned action against Defendants Marshall and Kashto only are dismissed with prejudice and each party shall be responsible for their own costs and attorneys' fees.

IT IS SO ORDERED, this 3ʳᵈ day of November , 2020.

/s/
_____
Leonie M. Brinkema
United States District Judge