**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

NAVIENT SOLUTIONS, LLC,

Plaintiff,

v.

THE LAW OFFICES OF JEFFREY LOHMAN, et al.,

Defendants.

Civil Action No. 1:19-cv-00461

**EXHIBIT LIST OF DEFENDANTS THE LAW OFFICES OF JEFFREY LOHMAN, JEFFREY LOHMAN, AND JEREMY BRANCH**

| PRESIDING JUDGE<br>Hon. Leonie M. Brinkema | | | | | PLAINTIFF'S ATTORNEYS<br>Jeffrey R. Hamlin<br>George R. Calhoun | DEFENDANTS' ATTORNEYS<br>Thomas F. Urban II<br>Jeffrey E. Grell |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| | 2000 | | | | NSL Responses to Jeffrey Lohman's First Set of IROGs (Oct. 28, 2019) | |
| | 2001 | | | | NSL Responses to LOJL's First Set of IROGs (Oct. 28, 2019) | |
| | 2002 | | | | NSL Responses to LOJL and J. Lohman's First Set of Document Production Requests (Oct. 28, 2019) | |
| | 2003 | | | | NSL Responses to LOJL's Second Set of IROGs (Feb. 13, 2020) | |
| | 2004 | | | | NSL Responses to LOJL's Second Set of IROGs (Feb. 28, 2020) | |
| | 2005 | | | | LOJL Responses to NSL's First Set of IROGs (Oct. 18, 2019) | |
| | 2006 | | | | GST Answers to NSL's First Set of IROGs (Feb. 26, 2020) | |
| | | | | | | |
| | 2007 | | | | Autodialers and Artificial Prerecorded Voice Messages Policy, Navient Policy Memo (June 14, 2019) (NSL017456-57) | |
| | 2008 | | | | First Party Collection Practices Policy, Navient Policy Memo (November 9, 2018) (NSL017466-71) | |
| | 2009 | | | | PCC Pre-Default Dialer Campaign Development and Execution Procedure, Navient Policy Memo (Sept. 25, 2019) (NSL017496-500) | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2011 | | | | Autodialers and Artificial or Prerecorded Voice Messages Policy, Navient Policy Memo (Feb. 17, 2015) (NSL017460-61) |
| | 2012 | | | | PCC Pre-Default TCPA Execution Procedure, Navient Policy Memo (Jan. 27, 2015) (NSL017517-20) |
| | 2013 | | | | Servicing Agreement among Navient Solutions LLC, Jamestown Trust, Deutsche Bank Trust Company Americas and JPMorgan Chase Bank, N.A. (June 14, 2017) (NSL028206-41) |
| | 2014 | | | | Trust Agreement (April 28, 2017) (NSL028242-50) |
| | 2015 | | | | Application and Promissory Note between FNB Sioux Falls, SD (Lender) and Jon McClogan (Borrower) (Jan. 2, 2003) (NSL009352-56) |
| | | | | | |
| | 2016 | | | | *Baker v. Navient Solutions, LLC*, Case No. 1:17-cv-1160, Memo in Support of Final Approval of Class Settlement (E.D. Va. Dec. 29, 2018) (J. Lohman Dec. (11/3/20), Ex. 1) |
| | 2017 | | | | *Johnson v. Navient Solutions, Inc.,* Case No. 1:17-cv-71, Memo in Support of Final Approval of Class Settlement (S.D. Ind. June 26, 2017) (J. Lohman Dec. (11/3/20), Ex. 2) |
| | 2018 | | | | *McCaskill v. Navient Solutions, Inc.*, Case No. 8:15-cv-1559-T-33TBM, Order (April 6, 2016) (LOJL040007-40) |
| | 2019 | | | | Request that FTC Initiate Enforcement Action Against NSL (J. Lohman Dec. (11/3/20), Ex. 3) |
| | 2020 | | | | Annual Report of the CFPB Student Loan Ombudsman (Oct. 16, 2014) (J. Grell Dec. (11/3/20), Ex. 20) |
| | 2021 | | | | Appeals Court Rules Consumers Can Revoke Consent Undert TCPA, Ifrah Law (Aug. 28, 2013) (J. Grell Dec. (2/26/20), Ex. C) |
| | 2022 | | | | Cohen Breaks Down TCPA Compliance for IAPP's The Privacy Advisor, Ifrah Law (Oct. 3, 2016) (J. Grell Dec. (2/26/20), Ex. D) |
| | 2023 | | | | Swift Resolution of a Potential TCPA Class Action, Ifrah Law (May 1, 2017) (J. Grell Dec. (2/26/20), Ex. E) |
| | 2024 | | | | Should I Stop Paying Creditors if I'm Going to File for Bankruptcy?, allaw.com (J. Grell Dec. (2/26/20), Ex. F) |
| | 2025 | | | | When Can I Stop Paying Creditors in Bankruptcy?, actionadvocacy.com (J. Grell Dec. (2/26/20), Ex. G) |
| | 2026 | | | | Reserved. |
| | 2027 | | | | Ongoing Defense of TCPA Claims Against Financial Services Company, Ifrah Law (May 1, 2017) (J. Grell Dec. (2/26/20), Ex. I) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2029 | | | | Edit Your Contact Information page of NSL's website (NSL000466-67) |
| | | | | | |
| | 2030 | | | | Engagement Agreement between Brandy Mayer and The Law Offices of Jeffrey Lohman (Dec. 13, 2016) (LOJL047888-90) |
| | 2031 | | | | Email forwarding Settlement Agreement from Dave Abeling to Jose Rodriguez (April 10, 2017) (LOJL033527, LOJL033517-22) |
| | 2032 | | | | Email from I. Muhtaseb to S. Helvey (June 20, 2017) (LOJL085304) |
| | 2033 | | | | *Helvey v. Navient Solutions, LLC*, Case No. 1:17-cv-186, Notice of Voluntary Dismissal (N.D. Ind. July 14, 2017) |
| | 2034 | | | | Email from J. Lohman to D. Mize (Feb. 26, 2016) (NSL055670) |
| | 2035 | | | | Email from D. Mize to J. Lohman (March 15, 2016) (LOJL031057) |
| | 2036 | | | | Email from J. Lohman to D. Mize (April 11, 2016) (NSL052117) |
| | 2037 | | | | Email from J. Lohman to D. Mize (April 11, 2016) (NSL052116) |
| | 2038 | | | | Email from J. Lohman to D. Mize (April 11, 2016) (NSL052115) |
| | 2039 | | | | Email from D. Mize to J. Lohman (April 13, 2016) (NSL053898) |
| | 2040 | | | | Email from D. Mize to P. Natoli (April 13, 2016) (LOJL085874) |
| | 2041 | | | | Email from D. Mize to R. Salazar (April 13, 2016) (LOJL085955) |
| | 2042 | | | | Email from D. Mize to C. Smith (April 13, 2016) (LOJL086080) |
| | 2043 | | | | Reserved |
| | 2044 | | | | Email exchange between D. Mize and C. Smith (April 13-18, 2016) (LOJL084881-82) |
| | 2045 | | | | Email from J. Lohman to D. Mize (April 25, 2016) (NSL054390) |
| | 2046 | | | | Letter from Laurent C. Lutz (NSL) to David Mize Law, PLLC (April 28, 2016) (NSL051215-16) |
| | 2047 | | | | Email exchange between J. Rackard and J. Lohman (May 3-, 2016) (LOJL084910) |
| | 2048 | | | | Reserved |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2050 | | | | Email from D. Mize to J. Lohman (May 25, 2016) (LOJL031309) |
| | 2051 | | | | Reserved |
| | 2052 | | | | Email string among L. Wert, B. Hernandez (LOJL) and Mize Law Office (Aug. 23, 2016) (LOJL085076-77) |
| | 2053 | | | | Email from J. Lohman to D. Mize (forwarding email from M. Jordan to LOJL Front Desk) (Aug. 24, 2016) (NSL054346) |
| | 2054 | | | | Email exchanges between LOJL and M. Jordan (Oct. 8-10, 2016) (LOJL085112-13) |
| | 2055 | | | | Email exchanges between J. Lohman and Phil (Nov. 23 – Dec. 21, 2016) (LOJL085134-35) |
| | 2056 | | | | Email exchange between LOJL, Mize Law Office, and M. Grecco (Dec. 26-27, 2016) (LOJL085138) |
| | 2057 | | | | Email exchange between J. Lohman and D. Mize (March 22, 2017 and June 21, 2017) (LOJL034996) |
| | 2058 | | | | Email string between I. Muhtaseb and E. Arndts (April 4-25, 2017) (LOJL122445-47) |
| | 2059 | | | | Email exchange between J. Lohman and D. Mize (May 5, 2017) (LOJL033652-54) |
| | 2060 | | | | Emails from J. Branch to Y. Kimm (June 28 – July 11, 2017) (LOJL085420-21) |
| | 2061 | | | | Email from D. Mize to Y. Kim (July 25, 2017) (LOJL085423) |
| | 2062 | | | | Email from J. Branch to S. Kashimawo (Sept. 13, 2017) (LOJL085500) |
| | 2063 | | | | Email from J. Branch to B. Mayer (Oct. 24, 2017) (LOJL085617) |
| | 2064 | | | | Email from J. Branch to B. Mayer (Nov. 3, 2017) (LOJL085660) |
| | 2065 | | | | Email exchange between J. Branch and H. Lewis (Dec. 2-4, 2017) (LOJL085740-41) |
| | 2066 | | | | Email exchange between D. Lueck and J. Lohman (Dec. 6-7, 2017) (LOJL050814-15) |
| | 2067 | | | | Email from J. Branch to S. Kashimawo (Jan. 4, 2018) (LOJL085828) |
| | 2068 | | | | Email string among E. Arndts, I. Muhtaseb, and A. Dykes (Feb. 10-15, 2018) (LOJL111006-8) |
| | 2069 | | | | Email string between D. Lueck and J. Lohman (March 14, 2018) (LOJL059240-42) |
| | 2070 | | | | Email from J. Branch to R. Salazar (Jan. 9, 2019) (LOJL087289) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2072 | | | | Depo Outline for NSL PMK – April 17, 2019 (LOJL079172-188) |
| | 2073 | | | | Email string between J. Lohman and D. Lueck regarding ownership of Kerr loans (July 15 – Sept. 13, 2019) (LOJL084171-85) |
| | | | | | |
| | 2074 | | | | *McCoglan v. Navient Solutions, Inc.*, AAA Case No. 01-17-00004710, Award of Arbitrator (Oct. 2, 2017) (NSL066379-80) |
| | 2075 | | | | McCoglan payment documents (NSL066375-78) |
| | 2076 | | | | *Deffenbaugh v. Navient Solutions, LLC*, AAA Case No. 01-17-0000-9659, Award of Arbitrator (Nov. 9, 2017) (NSL066350-52) |
| | 2077 | | | | Deffenbaugh payment documents (NSL066346-49) |
| | 2078 | | | | *H. Lewis v. Navient Solutions, LLC*, AAA Case No. 01-17-0000-1082, Award of Arbitrator (Jan. 9, 2018) (LOJL081681) |
| | 2079 | | | | *Ibarra v. Navient Solutions, LLC*, AAA Case No. 01-17-0000-6942, Arbitration Award (Feb. 26, 2018) (LOJL058345-67) |
| | 2080 | | | | Reserved |
| | 2081 | | | | Reserved |
| | 2082 | | | | *Stringham v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-9554, Arbitration Award (July 5, 2018) (LOJL081726-27) |
| | 2083 | | | | Reserved |
| | 2084 | | | | *Ibarra v. Navient Solutions, LLC*, AAA Case No. 01-17-0000-6942, Interim Award (June 19, 2019) (LOJL083043-52) |
| | 2085 | | | | *Ibarra v. Navient Solutions, LLC*, AAA Case No. 01-17-0000-6942, Final Award (Aug. 23, 2019) |
| | 2086 | | | | *Ibarra v. Navient Solutions, LLC*, Case No. 8:19-cv-01764, Confirmation of Arbitration Award (C.D. Cal. Dec. 20, 2019) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2088 | | | | *Hernandez v. Navient Solutions, LLC*, AAA Case No. 01-17-0000-9546, NSL's Pre-Arbitration Brief (Aug. 22, 2017) (NSL037081-88) |
| | 2089 | | | | *Moore v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-4704, NSL's Pre-Arbitration Brief (Sept. 7, 2017) (NSL037101-17) |
| | 2090 | | | | *McClogan v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-4710, NSL's Post-Hearing Brief (Sept. 22, 2017) (NSL037271-82) |
| | 2091 | | | | *Deffenbaugh v. Navient Solutions, LLC*, AAA Case No. 01-17-0000- 9659, NSL's Post-Hearing Brief (Oct. 5, 2017) (NSL037138-50) |
| | 2092 | | | | *Mayer v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-4703, NSL's Pre-Arbitration Letter Brief (Oct. 31, 2017) (NSL037089-100) |
| | 2093 | | | | *Crawford v. Navient Solutions, LLC*, AAA Case No. 01-17-0000-5421, NSL's Pre-Arbitration Letter Brief (Nov. 2, 2017) (NSL037123-30) |
| | 2094 | | | | *Natoli v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-0257, NSL Letter to Arbitrator (Nov. 3, 2017) (LOJL047589-91) |
| | 2095 | | | | *Deffenbaugh v. Navient Solutions, LLC*, AAA Case No. 01-17-0000- 9659, NSL's Supplemental Post-Hearing Brief (Nov. 6, 2017) (NSL037131-37) |
| | 2096 | | | | *Ibarra v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-6942, NSL's Pre-Arbitration Letter Brief (Nov. 15, 2017) (LOJL048250-60) |
| | 2097 | | | | *Mayer v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-4703, NSL's Post-Arbitration Letter Brief (Nov. 21, 2017) (LOJL049180-89) |
| | 2098 | | | | *H. Lewis v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-1082, NSL's Pre-Arbitration Letter Brief (Nov. 30, 2017) (LOJL050184-92) |
| | 2099 | | | | *Millora v. Navient Solutions, Inc.*, AAA Case No. 01-16-0004-5487, NSL's Pre-Arbitration Brief (Dec. 7, 2017) (NSL066683-88) |
| | 2100 | | | | *Ibarra v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-6942, NSL's Post-Arbitration Letter Brief (Dec. 15, 2017) (LOJL051843-52) |
| | 2101 | | | | *H. Lewis v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-1082, NSL's Post-Arbitration Letter Brief (Jan. 2, 2018) (LOJL052847-53) |
| | 2102 | | | | *Natoli v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-0257, NSL's Pre-Arbitration Letter Brief (Jan. 17, 2017) (LOJL054190-200) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2104 | | | | *Lostaglio v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-5732, NSL's Prearbitration Brief (Jan. 26, 2018) (LOJL054676-82) |
| | 2105 | | | | *Stringham v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-9554, NSL's Pre-Arbitration Brief (Feb. 6, 2018) (LOJL056624-33) |
| | 2106 | | | | *Welch v. Navient Solutions, Inc.*, AAA Case No. 01-16-0004-9226, NSL's Post-Arbitration Letter Brief (March 7, 2018) |
| | 2107 | | | | *Arndts v. Navient Solutions, LLC*, AAA Case No. 01-17-0004-2422, NSL's Pre-Arbitration Letter Brief (April 6, 2018) (LOJL060811-22) |
| | 2108 | | | | *Fine v. Navient Solutions, LLC*, AAA Case No. 01-17-0005-6245, NSL's Pre-Arbitration Brief (May 11, 2018) (NSL037151-65) |
| | 2109 | | | | *Baldon v. Navient Solutions, LLC*, AAA Case No. 01-16-0004-4345, NSL's Pre-Arbitration Letter Brief (May 23, 2018) (LOJL063302-16) |
| | 2110 | | | | *Litty v. Navient Solutions, LLC*, AAA Case No. 01-17-0005-6234, NSL's Pre-Arbitration Brief (May 24, 2018) (NSL037258-70) |
| | 2111 | | | | *Stringham v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-9554, NSL's Amended Pre-Arbitration Brief (June 4, 2018) (LOJL064282-93) |
| | 2112 | | | | *Whitaker v. Navient Solutions, LLC*, AAA Case No. 01-17-0003-8667, NSL's Pre-Arbitration Letter Brief (June 6, 2018) (LOJL065399-411) |
| | 2113 | | | | *Collier v. Navient Solutions, LLC*, AAA Case No. 01-17-0000-5427, NSL's Pre-Arbitration Letter Brief (June 6, 2018) (LOJL049372-85) |
| | 2114 | | | | *Arndts v. Navient Solutions, LLC*, AAA Case No. 01-17-0004-2422, NSL's Pre-Arbitration Letter Brief (June 11, 2018) (LOJL081816-28) |
| | 2115 | | | | *D. Lewis v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-1092, NSL's Pre-Arbitration Brief (June 12, 2018) (NSL037247-57) |
| | 2116 | | | | *Jaimes v. Navient Solutions, Inc.*, AAA Case No. 01-17-0005-6438, NSL's Pre-Arbitration Letter Brief (June 14, 2018) (LOJL066888-903) |
| | 2117 | | | | *Stringham v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-9554, NSL's Post-Arbitration Brief (June 18, 2018) (LOJL081734-41) |
| | 2118 | | | | *Navient Solutions, Inc. v. H. Lewis*, AAA Case No. 01-17-0000-1082, NSL's Pre-Arbitration Letter Brief (June 21, 2018) (LOJL067084-94) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2120 | | | | *D. Lewis v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-1092, NSL's Pre-Arbitration Brief (July 13, 2018) (NSL037235-46) |
| | 2121 | | | | *Jaimes v. Navient Solutions, Inc.*, AAA Case No. 01-17-0005-6438, NSL's Post-Arbitration Letter Brief (July 31, 2018) (LOJL069971-85) |
| | 2122 | | | | *Baldon v. Navient Solutions, LLC*, AAA Case No. 01-16-0004-4345, Award of the Arbitrator (Aug. 9, 2018) (LOJL070539-42) |
| | 2123 | | | | *Ibarra v. Navient Solutions, Inc.*, AAA Case No. 01-17-0000-6942, Appellant's Brief (Jan. 31, 2019) (LOJL073591-627) |
| | 2124 | | | | *Baldon v. Navient Solutions, LLC*, AAA Case No. 01-16-0004-4345, Appellee's Pre-Hearing Brief (Feb. 1, 2019) (LOJL073629-52) |
| | 2125 | | | | *Whitmore v. Navient Solutions, Inc.*, AAA Case No. 01-18-0002-1979, NSL's Pre-Arbitration Brief (Feb. 19, 2019) (NSL037283-95) |
| | 2126 | | | | *Davis v. Navient Solutions, LLC*, AAA Case No. 01-19-0002-2519, NSL's Opposition to Claimant's Dispositive Motion (April 17, 2019) |
| | 2127 | | | | *Navient Solutions, LLC v. Ibarra*, AAA Case No. 02-17-0000-6942, NSL Letter to Arbitration Panel (May 15, 2019) (LOJL080895) |
| | 2128 | | | | *Salazar v. Navient Solutions, Inc.*, Case No. 8:18-cv-00763, NSL's Mediation Statement (June 14, 2019) (LOJL083006-16) |
| | | | | | |
| | 2129 | | | | Confidential Settlement Agreement and Release of Claims – D. Centrella (Sept. 1, 2017) (NSL068796-801) |
| | 2130 | | | | Confidential Settlement Agreement and Release of Claims – M. Crawford (Dec. 12, 2017) (NSL066340-45) |
| | 2131 | | | | Confidential Settlement Agreement and Release of Claims – V. Smith (Jan. 5, 2018) (NSL068943-48) |
| | 2132 | | | | Confidential Settlement Agreement and Release of Claims – A. Givens and B. Givens (Jan. 8, 2018) (NSL066357-63) |
| | 2133 | | | | Confidential Settlement Agreement and Release of Claims – E. Impreso (Jan. 9, 2018) (NSL068845-51) |
| | 2134 | | | | Confidential Settlement Agreement and Release of Claims – K. Wunderlich (Jan. 17, 2018) (NSL066637-42) |
| | 2135 | | | | Confidential Settlement Agreement and Release of Claims – M. Grecco (Jan. 19, 2018) (NSL068833-38) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2137 | | | | Confidential Settlement Agreement and Release of Claims – I. Hernandez (Feb. 5, 2018) (NSL068839-44) |
| | 2138 | | | | Settlement Agreement and Release of Claims – A. Chorba (Feb. 6, 2018) (NSL068802-07) |
| | 2139 | | | | Confidential Settlement Agreement and Release of Claims – J. Lam (Feb. 8, 2018) (NSL068874-79) |
| | 2140 | | | | Settlement Agreement and Release of Claims – B. Smugala and M. Smugala (Feb. 18, 2018) (NSL068949-53) |
| | 2141 | | | | Confidential Settlement Agreement and Release of Claims – S. Schulz (Feb. 19, 2018) (NSL068931-36) |
| | 2142 | | | | Confidential Settlement Agreement and Release of Claims – T. Frazier (March 5, 2018) (NSL068820-25) |
| | 2143 | | | | Confidential Settlement Agreement and Release of Claims – J. Mendoza (March 12, 2018) (NSL068897-903) |
| | 2144 | | | | Confidential Settlement Agreement and Release of Claims – J.D. Anicete (March 13, 2018) (NSL066542-47) |
| | 2145 | | | | Confidential Settlement Agreement and Release of Claims – C. Cummings (March 13, 2018) (NSL066551-56) |
| | 2146 | | | | Confidential Settlement Agreement and Release of Claims – A. Collier (March 19, 2018) (NSL066428-33) |
| | 2147 | | | | Confidential Settlement Agreement and Release of Claims – F. Lostaglio (April 9, 2018) (NSL068886-90) |
| | 2148 | | | | Confidential Settlement Agreement and Release of Claims – L. Lopez (April 20, 2018) (NSL066561-67) |
| | 2149 | | | | Confidential Settlement Agreement and Release of Claims – K. Meyers (May 1, 2018) (NSL068910-15) |
| | 2150 | | | | Confidential Settlement Agreement and Release of Claims – P. Natoli (May 2, 2018) (NSL066323-29) |
| | 2151 | | | | Confidential Settlement Agreement and Release of Claims – A. Fine and J. Fine (June 20, 2018) (NSL066451-57) |
| | 2152 | | | | Confidential Settlement Agreement and Release of Claims – T. Alkazian (April 25, 2018) (NSL066286-90) |
| | 2153 | | | | Confidential Settlement Agreement and Release of Claims – W. Rogers (May 17, 2018) (NSL066585-90) |
| | 2154 | | | | Confidential Settlement Agreement and Release of Claims – G. Santiago (May 22, 2018) (NSL068923-30) |
| | 2155 | | | | Confidential Settlement Agreement and Release of Claims – C. Smith (June 13, 2018) (NSL068937-42) |
| | 2156 | | | | Confidential Settlement Agreement and Release of Claims – E.A. Ramos and I.T. Ramos (June 13, 2018) (NSL066509-15) |
| | 2157 | | | | Confidential Settlement Agreement and Release of Claims – P. Ozaki (June 28, 2018) (NSL068916-22) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2159 | | | | Confidential Settlement Agreement and Release of Claims – K. Whitaker (July 16, 2018) (NSL066532-37) |
| | 2160 | | | | Confidential Settlement Agreement and Release of Claims – J. Pohl (July 30, 2018) (NSL066496-502) |
| | 2161 | | | | Confidential Settlement Agreement and Release of Claims – H. Lewis (Aug. 1, 2018) (NSL066463-68) |
| | 2162 | | | | H. Lewis payment documents (NSL066458-62) |
| | 2163 | | | | Confidential Settlement Agreement and Release of Claims – J.R. Smith and A.D. Smith (Aug. 21, 2018) (NSL066606-11) |
| | 2164 | | | | Confidential Settlement Agreement and Release of Claims – B. Brown (Aug. 30, 2018) (NSL068880-85) |
| | 2165 | | | | Confidential Settlement Agreement and Release of Claims – J. Lam (Sept. 20, 2018) (NSL066627-32) |
| | 2166 | | | | Confidential Settlement Agreement and Release of Claims – M. Murphy and N. Scutellaro (Oct. 2, 2018) (NSL068904-09) |
| | 2167 | | | | Confidential Settlement Agreement and Release of Claims – D. Deubner (Dec. 12, 2018) (NSL068814-19) |
| | 2168 | | | | Confidential Settlement Agreement and Release of Claims – M. Godard (Feb. 15, 2019) (NSL068826-32) |
| | 2169 | | | | Confidential Settlement Agreement and Release of Claims – L. Wert (March 6, 2019) (NSL068960-66) |
| | 2170 | | | | Confidential Settlement Agreement and Release of Claims – K. Whitmore (April 11, 2019) (NSL068967-73) |
| | 2171 | | | | Settlement Agreement and Release of Claims – J. Evans (Bell) (April 24, 2019) (NSL066439-44) |
| | 2172 | | | | Settlement Agreement and Release of Claims – K. Barnett (April 24, 2019) (NSL068789-94) |
| | 2173 | | | | Confidential Settlement Agreement and Release of Claims – A. Maier (April 24, 2019) (NSL068891-96) |
| | 2174 | | | | Settlement Agreement and Release of Claims – T. Juarez (April 30, 2019) (NSL068858-62) |
| | 2175 | | | | Settlement Agreement and Release of Claims – C. Daniels (May 9, 2019) (NSL068808-13) |
| | 2176 | | | | Settlement Agreement and Release of Claims – R. Salazar (Aug. 9, 2019) (NSL066521-26) |
| | 2177 | | | | Settlement Agreement and Release of Claims – K. Klausing (Aug. 20, 2019) (NSL068868-73) |
| | 2178 | | | | Confidential Settlement Agreement and Release of Claims – D. Ingram (Sept. 20, 2019) (NSL068852-57) |
| | 2179 | | | | Confidential Settlement Agreement and Release of Claims – A. Jaimes (Dec. 4, 2019) (LOJL025341-47) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2181 | | | | Settlement Agreement and Release of Claims – A. Synder (Feb. 3, 2020) (NSL068954-59) |
| | 2182 | | | | Settlement Agreement and Release of Claims – C. Davis (June 1, 2020) |
| | | | | | |
| | 2183 | | | | Email string between I. Muhtaseb and E. Arndts (July 1 – Sept. 13, 2017) (LOJL022409-13) |
| | 2184 | | | | Email exchange between B. Noren and A. Dykes (March 26-29, 2018) (JOLJ060215-17) |
| | 2185 | | | | Email exchange between LOJL and D. Lueck (Oct. 12-24, 2017) (LOJL046380-83) |
| | 2186 | | | | Email exchange between D. Lueck / J. Santos and I. Muhtaseb (Dec. 4, 2017 – Jan. 2, 2018) (LOJL052015-22) |
| | 2187 | | | | L. Lopez T-Mobile Bills (NSL0225441-614) |
| | 2188 | | | | J. Smith Call Logs and Verizon bills (NSL026493-555) |
| | 2189 | | | | Email from A. Dykes to B. Noren attaching K. Whitaker screen shots (Jan. 31, 2018) (LOJL055907, NSL27112-113) |
| | 2190 | | | | Reserved |
| | 2191 | | | | *Navient Solutions, LLC v. The Law Offices of Jeffrey Lohman*, Civil Action No. 1:19-cv-00461, Stipulated Undisputed Facts (Oct. 20, 2020) |
| | 2192 | | | | *Johnson v. Navient Solutions, LLC*, Civil Case No. 3:17-cv-00580-WWE, Stipulation of Dismissal (D. Conn. Aug. 30, 2017) |
| | 2193 | | | | The DeVos Debt Disaster: Brought to You By the Student Loan Servicing Industry, Allied Progress (Sept. 2019) |
| | 2194 | | | | Prepared Remarks of CFPB Director Richard Cordray on the Navient Enforcement Action Press Call (Jan. 18, 2017) |
| | 2195 | | | | $19.7 Million Settlement Against Navient for Debt Harassment, jibraellaw.com (Aug. 31, 2018) |
| | 2196 | | | | Without Consent, Navient's Student Debt Collection Robocalls Keep Coming, National Consumer Law Center |
| | 2197 | | | | The Growing Culture of Student Loan Defaulters Fighting the System with Strategic Default, *Forbes* (Sept. 25, 2018). |
| | 2198 | | | | How to Avoid Student Loan Scams, Navient Facebook Article (Aug 2, 2017) |
| | 2199 | | | | Consumer Groups Take Aim at Navient for Phone Harassment, *New York Times* (June 16, 2017) (JEL Dec. (Jan, 1, 2020), Ex. A) |
| | 2200 | | | | Letter from U.S. Senators Elizabeth Warren and Richard Blumenthal to the U.S. Secretary of Education Betsy DeVos (Oct. 11, 2019) (JEL Dec. (Jan. 30, 2020), Ex. B) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | |
| | 2202 | | | | Designated portions of the Deposition of David Mize (Dec. 2, 2019) |
| | 2203 | | | | Designated portions of the Deposition of Troy Standish on behalf of NSL (June 12, 2020) |
| | 2204 | | | | Designated portions of the Deposition of Gregory Trimarche (May 4, 2020) |
| | 2205 | | | | Designated portions of the Deposition of Mansur "Manny" Kashto (June 3, 2020) |
| | 2206 | | | | Designated portions of the Deposition of Robert J. Marshall (June 3, 2020) |
| | 2207 | | | | Designated portions of the Deposition of Rick Graff (May 11, 2020) |
| | 2208 | | | | Designated portions of the Deposition of Andrew Reinhart on behalf of NSL (Dec. 11, 2019) |
| | 2209 | | | | Designated portions of the Deposition of Sarah C. Hockel on behalf of NSL (Dec. 13, 2019) |
| | 2210 | | | | Designated portions of the Deposition of Jeffrey Lohman (June 1, 2020) |
| | 2211 | | | | Designated portions of the Deposition of Jeffrey Lohman (Nov. 6, 2017) |
| | 2212 | | | | Designated portions of the Deposition of Alyson Dykes (June 2, 2020) |
| | 2213 | | | | Designated portions of the Deposition of Jeremy Branch (June 2, 2020) |
| | 2214 | | | | Designated portions of the Deposition of Ibrahim Muhtaseb (May 29, 2020) |
| | 2215 | | | | Designated portions of the Deposition of Cynthia Baldon (Jan. 13, 2020) |
| | 2216 | | | | Designated portions of the Deposition of Brad Moore (Dec. 19, 2019) |
| | 2217 | | | | Rule 26(a)(2)(B) Report of Wayne G. Travell (July 3, 2020) |

In addition to the exhibits identified above, Defendants The Law Offices of Jeffrey Lohman, Jeffrey Lohman, and Jeremy Branch ("the Lohman Defendants") reserve the right to use and offer:

- Any document produced by NSL in connection with the direct examination or cross-examination of any of NSL's witnesses;

- Any document relating to correspondence or communications between counsel to the extent they become relevant;
- Any document previously disclosed to NSL during discovery as such documents may become relevant;
- Any document or writing for purposes of impeachment or rebuttal; the Lohman Defendants reserve the right to present documents in rebuttal or in their case in chief if fairly responsive to claims or suggestions during cross-examination or otherwise in NSL's case in chief;
- Any document previously exchanged between any of the parties in discovery, formal or informal, as they may become relevant;
- Any exhibit identified by NSL or any other party;
- Any other documents or tangible evidence provided to or received from NSL's counsel (or anyone on their behalf) or any other party appearing at trial as may fairly become relevant during the course of the trial; and
- Any documents necessary to establish foundation for any of the identified exhibits.

The Lohman Defendants reserve the right to offer summaries, compilations, graphic presentations, and/or enlargements of any of the foregoing exhibits. The Lohman Defendants further reserve the right to offer individual pages of identified exhibits or to offer subsets of identified exhibits.

DATED: July 9, 2021

Respectfully submitted,

/s/ Thomas F. Urban II

Thomas F. Urban II, VSB No. 40540
FLETCHER, HEALD & HILDRETH, PLC
1300 North 17th Street, Suite 1100
Arlington, VA 22209
(703) 861-5235 FAX (703) 812-0486
Urban@fhhlaw.com

Jeffrey E. Grell (pro hac vice)
GRELL FEIST PLC
825 Nicollet Mall, Suite 625
Minneapolis, MN 55402
(612) 353-5530 -Tel.
jgrell@grellfeist.com

*Counsel for The Law Offices of Jeffrey Lohman, P.C., Jeffrey Lohman, and Jeremy Branch*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I electronically filed the Exhibit List of Defendants The Law Offices of Jeffrey Lohman, Jeffrey Lohman, and Jeremy Branch, which will send a notification of such filing (NEF) to the following counsel of record:

Jeffrey R. Hamlin
George R. Calhoun V
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006-2004
jhamlin@ifrahlaw.com
george@ifrahlaw.com

*Counsel for Plaintiff Navient Solutions, LLC*

/s/ Thomas F. Urban II