UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE LAW OFFICES OF JEFFREY LOHMAN, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-00461 |

**PLAINTIFF'S WITNESS LIST**

Plaintiff Navient Solutions, LLC, by and through their undersigned counsel, hereby serves this witness list pursuant to the Court's August 23, 2019, *Scheduling Order* (the "Scheduling Order") (ECF No. 39), as amended (ECF No. 427).

**I.    FACT WITNESSES**

Plaintiff identifies the following Fact Witnesses, whose testimony may be elicited live and/or by deposition:

1. Jeremy Branch
2. Joshua Dries
3. Alyson Dykes
4. Rick Graff
5. Mansur "Manny" Kashto
6. Jeffrey Lohman
7. Robert J "RJ" Marshall

1

8. David Mize

9. Ibrahim Muhtaseb

10. Andrew Reinhart

11. David Sklar

12. Jacob Slaughter

13. Troy Standish

14. Gregory Trimarche

15. Kelly Whitmore

Plaintiff identifies the following Fact Witnesses, whose testimony is anticipated to be elicited by deposition:

16. Derek Allen

17. Erica Arndts

18. Cynthia Baldon

19. Kyle Barnett

20. Ashley Collier

21. Marvin Crawford

22. Charliette Cummings

23. Shawn Deffenbaugh

24. Dorothy Deubner

25. Amanda Fine

26. Alfred Givens

27. Breana Givens


28. Miguel Ibarra
29. Angela Jaimes
30. Sharafadeen Kashimawo
31. Kristine Klausing
32. Jimmy Lam
33. Daniel Lewis
34. Heidi Lewis
35. Bethany Litty
36. Luis Lopez
37. Frank Lostaglio
38. Brandy Mayer
39. Jon McClogan
40. Cynthia Merritt
41. Marvin Millora
42. Brad Moore
43. Michael Murphy
44. Kristin Myers
45. Paul Natoli
46. Jessica Pohl
47. Elizabeth Ramos
48. Ina Ramos
49. William Rogers
50. Ralph Salazar

    51.    Gabriela Santiago

    52.    Cherie Smith

    53.    Jonathan Smith

    54.    Brian Smugala

    55.    Michelle Smugala

    56.    Danielle Stotler

    57.    Dallas Stringham

    58.    Laura Welch

    59.    Keenan Whitaker

    60.    Kristen Wunderlich

## II.    EXPERT WITNESSES

    1.    Philip J. Harvey

    2.    Wayne Travell

## III.    RESERVATIONS

    1.    Plaintiff reserves the right to call any fact or expert witness identified by Defendants.

    2.    Plaintiff reserves the right to call records custodians, or other qualified witnesses, as necessary to lay a sufficient foundation for the authentication and admission of documentary evidence at trial.

    3.    Plaintiff reserves the right to supplement this list to include witnesses to rebut the testimony of any witness whom any of the parties subsequently discloses.

Dated: July 9, 2021

Respectfully submitted,

*/s/ Jeffrey R. Hamlin*
Jeffrey R. Hamlin (Va. Bar No. 46932)
George R. Calhoun V (*pro hac vice*)
IFRAH PLLC
1717 Pennsylvania Avenue NW
Suite 650
Washington, DC 20006-2004
(202) 524-4140 – Tel.
(202) 524-4141 – Fax
jhamlin@ifrahlaw.com
george@ifrahlaw.com

*Counsel for Plaintiff Navient Solutions, LLC*