IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 19-cv-461 (LMB/TCB) |
| ) | |
| THE LAW OFFICES OF JEFFREY ) | |
| LOHMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that the Lohman Defendants' Motion in Limine Regarding Client Testimony Elicited by Deposition Transcripts Obtained in the Underlying TCPA Cases [Dkt. No. 458] and the Lohman Defendants' Motion in Limine Regarding the Introduction of Evidence of Court's Comments Regarding Another Case [Dkt. No. 460] be and are GRANTED; and it is further

ORDERED that Plaintiff Navient Solutions, LLC's Motion in Limine To Preclude Defendants from Making Arguments or Presenting Evidence at Trial That Make Reference to Unrelated Legal Proceedings Concerning Plaintiff and Preclude Expert Witness Wayne G. Travell From Offering Improper Legal Opinions [Dkt. No. 448], the Lohman Defendants' Motion in Limine To Exclude or Segregate Evidence of Damages Not Caused by Reason of the RICO Violation [Dkt. No. 454], and the Lohman Defendants' Motion in Limine Regarding Testimony and Exhibits During Plaintiff's Case in Chief by Experts Who Were Not Properly or Timely Designated [Dkt. No. 464] be and are GRANTED IN PART AND DENIED IN PART; and it is further

ORDERED that the Lohman Defendants' Motion in Limine to Exclude Evidence of Damages Purportedly Sustained by Student Loan Borrowers [Dkt. No. 456] and the Lohman Defendants' Motion in Limine To Exclude Evidence Relating to the Purportedly Unlawful or Unethical Conduct of Non-Parties [Dkt. No. 462] be and are DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 2nd day of August, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge