UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Navient Solutions, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>The Law Offices of Jeffrey Lohman, a Professional Corporation; Jeffrey Lohman; Jeremy Branch; Alyson Dykes; Ibrahim Muhtaseb; David Mize Law, PLLC; David Mize; Scott Freda; Champion Marketing Solutions, LLC; Gregory Trimarche; Rick Graff; Herbert "Buddy" Sievers; GST Factoring, Inc.; RJ Marshal; Manny Kashto; Bill Carlson; David Sklar; Wes Sabri;<br><br>    Defendants. | Civil Action No. 1:19-cv-00461 LMB-TCB |

## NOTICE OF APPEARANCE

May the Clerk please enter the appearance of Zachary H. Boron, of PERRY CHARNOFF, PLLC, as additional litigation counsel for Defendants Gregory Trimarche, Rick Graff, and GST Factoring, Inc., in the above captioned matter.

DATED:  August 18, 2021    Respectfully submitted,

                Zachary H. Boron, Esq.

                  /s/ Zachary H. Boron
                Mikhael D. Charnoff, VSB No. 43929
                Anastasia Uzilevskaya, VSB No. 92577
                Zachary H. Boron, VSB No. 95352
                1010 N. Glebe Road, Suite 310
                Arlington, VA 22201
                Tel: 703-291-6650
                Fax: 703-563-6692
                mike@perrycharnoff.com
                anastasia@perrycharnoff.com
                zach@perrycharnoff.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2021, I will electronically file the foregoing using the Court's CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record for all parties who have appeared in this action.

/s/ Zachary H. Boron
Zachary H. Boron