## CONTINUATION OF CIVIL TRIAL BY JURY PROCEEDINGS

Date: 08/20/21     Case No: 1:19cv461 (day 10)     Commenced: 9:51am
                                                   Lunch Recess:
Before the Honorable: Judge Brinkema              Case To Jury:
                                                   Jury Returned: 11:13am
Court Reporter: A. Thomson                         Jury Excused: 11:30am
                                                   Case Concluded: 11:32am
Courtroom Deputy: Y. Guyton

| PARTIES | COUNSEL |
|---|---|
| Navient Solutions, LLC | George Calhoun |
| vs. | |
| The Law Offices of Jeffrey Lohman, et al | Jeffrey Grell, Mikhael Charnoff |

THIS MATTER CAME ON FOR FURTHER TRIAL BY JURY.   APPEARANCES AS PREVIOUS.

Plaintiff continued to adduce Evidence and Rests   [ ] Motions:

Defendant(s) Adduced Evidence and Rests [ ] Motions:

Rebuttal Evidence Adduced [ ]     Sur-Rebuttal Evidence Adduced [  ]     Evidence Concluded [  ]

Closing Arguments [  ]   Charging Conference [   ]   Jury Charged [  ]   Jury Continued with Deliberations [X]

The Jury Returned to the Courtroom With a Verdict in Favor of:
 In favor of Navient as to Rick Graff: as to Counts II & III; $50,000 in damages
 In favor of Navient as to the Law offices of Jeffrey Lohman: as to Counts II, III & V; $1,146,500 in damages
 In favor of Navient as to Jeffrey Lohman: as to Counts II, III, IV, & V; $100,000 in damages
 In favor of Navient as to GST Factoring, Inc: as to Counts II, III, & V: $860,000 in damages
 In favor of Navient as to Gregory Trimarche: as to Counts II & III; $50,000 in damages

Jury Polled [X]     Jury Excused [X]     Jury Verdict Filed in Open Court [X]

Deft has 2 weeks to file any post-trial motions; plft has 2 weeks to respond
Court orders judgments entered with final judgments to be entered after post-trial motions are resolved