1444

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NAVIENT SOLUTIONS, LLC, | . | Civil Action No. 1:19cv461 |
| Plaintiff, | . | |
| vs. | . | Alexandria, Virginia |
| | . | August 18, 2021 |
| THE LAW OFFICES OF JEFFREY LOHMAN, et al., | . | 10:00 a.m. |
| Defendants. | . | |

. . . . . . . . . . .

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

VOLUME VIII

APPEARANCES:

FOR THE PLAINTIFF:            GEORGE R. CALHOUN, ESQ.
                              Ifrah PLLC
                              1717 Pennsylvania Avenue, N.W.
                              Suite 650
                              Washington, D.C. 20006

FOR THE LOHMAN DEFENDANTS:    JEFFREY E. GRELL, ESQ.
                              Grell Feist PLC
                              825 Nicollet Mall, Suite 625
                              Minneapolis, MN 55402

FOR DEFENDANTS GST            MIKHAEL D. CHARNOFF, ESQ.
    FACTORING, INC.;          Perry Charnoff PLLC
    GREGORY TRIMARCHE; AND    1010 N. Glebe Road, Suite 310
    RICK GRAFF:               Arlington, VA 22201

ALSO PRESENT:                 JEFFREY LOHMAN, ESQ.

(Pages 1444 - 1449)

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

Anneliese J. Thomson  OCR-USDC/EDVA  (703)299-8595

1445

1  OFFICIAL COURT REPORTER:        ANNELIESE J. THOMSON, RDR, CRR
                                   U.S. District Court, Third Floor
2                                  401 Courthouse Square
                                   Alexandria, VA 22314
3                                  (703)299-8595

1446

P R O C E E D I N G S

(Jury present.)

THE CLERK: Civil Action 19-461, Navient Solutions, LLC, versus the Law Offices of Jeffrey Lohman, et al. Would counsel please note their appearances for the record.

MR. CALHOUN: Good morning. George Calhoun on behalf of the plaintiff.

THE COURT: Good morning, Mr. Calhoun.

MR. GRELL: Good morning, Your Honor. Jeff Grell on behalf of the Lohman defendants.

THE COURT: You're not getting sick again, are you?

MR. GRELL: I don't know. I was surprised by that. I don't know what's going on.

THE COURT: It's the weather, I think.

MR. CHARNOFF: Good morning, Your Honor.

THE COURT: Good morning.

MR. CHARNOFF: Mike Charnoff on behalf of GST, Greg Trimarche, and Rick Graff.

THE COURT: Good morning.

And good morning, ladies and gentlemen. Again, you're here bright and early, which is wonderful. And I know it's going to be another long day. There's a lot of information you-all have to go through.

Hopefully the temperature downstairs is a bit better. If it starts to get too warm or too cold, just, you know, give

1   us a nod, and we'll get it adjusted as quickly as we can.
2               Again, we want to thank you for your attendance this
3   morning, for being here on time, and we'll let you go now and
4   get your work started.
5               We'll recess court until we hear from the jury.
6                   (Recess from 10:02 a.m., until 5:59 p.m.)

1448

1    A F T E R N O O N   S E S S I O N

2               (Jury present.)

3          THE COURT:  All right, ladies and gentlemen, you put
4    in another long, hard day, and I see we have the schedule for
5    tomorrow.  So it's exactly the same as it was today.  So the
6    jury will be starting at ten o'clock tomorrow morning.  And
7    again, I like to just see you-all first thing in the morning
8    just to say hello and make sure everybody is okay.

9          Everyone's feeling all right?  Again, it is important
10   that if you think you've bumped into anybody with COVID or
11   symptoms or you yourself are having any symptoms, you know, you
12   let us know.

13         Please remember to follow my cautions about not
14   conducting any investigation.  Don't call each other or e-mail
15   each other.

16         Again, try to get a good night's sleep, and come back
17   nice and fresh tomorrow morning.  And so we'll let you-all go
18   at this point.

19         I do have -- it won't take very long, but I have a
20   couple of matters at ten o'clock here in my courtroom tomorrow
21   morning.  So we'll give you first priority.  We'll get you --
22   because you-all have been so good, you're usually here a few
23   minutes before ten.  As soon as you're all here, we'll bring
24   you in so that you don't get behind the matters that I have in
25   court at ten.

1449

1   And, counsel, the same thing. I just have a couple
2 of things.
3   But if there's nothing further, we'll recess court
4 then for the day.
5   (Recess from 6:00 p.m., until 10:00 a.m., August 19, 2021.)

7   CERTIFICATE OF THE REPORTER
8   I certify that the foregoing is a correct transcript of
9 the record of proceedings in the above-entitled matter.

12   _____/s/_____
      Anneliese J. Thomson