1450

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| NAVIENT SOLUTIONS, LLC, | . | Civil Action No. 1:19cv461 |
| | . | |
| Plaintiff, | . | |
| | . | |
| vs. | . | Alexandria, Virginia |
| | . | August 19, 2021 |
| THE LAW OFFICES OF JEFFREY | . | 9:55 a.m. |
| LOHMAN, et al., | . | |
| | . | |
| Defendants. | . | |
| | . | |
| . . . . . . . . . . . | | |

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

VOLUME IX

APPEARANCES:

FOR THE PLAINTIFF:            GEORGE R. CALHOUN, ESQ.
                              Ifrah PLLC
                              1717 Pennsylvania Avenue, N.W.
                              Suite 650
                              Washington, D.C. 20006

FOR THE LOHMAN DEFENDANTS:    JEFFREY E. GRELL, ESQ.
                              Grell Feist PLC
                              825 Nicollet Mall, Suite 625
                              Minneapolis, MN 55402


FOR DEFENDANTS GST            MIKHAEL D. CHARNOFF, ESQ.
   FACTORING, INC.;           ZACHARY H. BORON, ESQ.
   GREGORY TRIMARCHE; AND     Perry Charnoff PLLC
   RICK GRAFF:                1010 N. Glebe Road, Suite 310
                              Arlington, VA 22201


ALSO PRESENT:                 JEFFREY LOHMAN, ESQ.


(Pages 1450 - 1455)

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

Anneliese J. Thomson   OCR-USDC/EDVA   (703)299-8595

1451

| | | |
|---|---|---|
| 1 | OFFICIAL COURT REPORTER: | ANNELIESE J. THOMSON, RDR, CRR |
| 2 | | U.S. District Court, Third Floor |
| | | 401 Courthouse Square |
| 3 | | Alexandria, VA 22314 |
| | | (703)299-8595 |

1452

1        P R O C E E D I N G S
2                 (Jury present.)
3        THE CLERK:  Civil Action 19-461, Navient Solutions,
4   LLC, versus the Law Offices of Jeffrey Lohman, et al.  Would
5   counsel please note their appearances for the record.
6        MR. CALHOUN:  Good morning, Your Honor.  George
7   Calhoun on behalf of the plaintiff, Navient Solutions.
8        THE COURT:  Good morning.
9        MR. GRELL:  Good morning, Your Honor.  Jeff Grell on
10  behalf of the Lohman defendants.
11       THE COURT:  Good morning, Mr. Grell.
12       MR. BORON:  Good morning, Your Honor.  Zachary Boron
13  on behalf of GST defendants.
14       THE COURT:  Good morning.
15       All right.  And, ladies and gentlemen, again I want
16  to thank you for being here promptly.  It's a nice, bright day,
17  so hopefully that will help keep you energized as you continue
18  to go through your deliberations.
19       Again, were there any problems for any of you at home
20  last night?
21                 (Jurors shaking heads.)
22       THE COURT:  Everyone still feeling all right?
23                 (Jurors nodding heads.)
24       THE COURT:  Good.  Well, then we're going to let you
25  go back downstairs to continue your deliberations, and we will,

1453

1  obviously, be awaiting your -- the results.  So you can go now
2  with my court security officer.  Thank you for being here.
3             (Recess from 9:56 a.m., until 5:59 p.m.)

1454

1  AFTERNOON SESSION
2  (Jury present.)
3  THE COURT: All right, ladies and gentlemen. I don't
4  know, counsel, did we give you the note about tomorrow's
5  schedule? Do you have it there?
6  MR. CALHOUN: Yes.
7  THE COURT: All right. So my understanding is you're
8  coming back tomorrow, starting again at ten o'clock, and just
9  about the exact same schedule except you hope to end by five,
10 correct?
11 (Jurors nodding heads.)
12 THE COURT: Good. Well, again, ladies and gentlemen,
13 please follow my instructions. Be sure that you don't discuss
14 the case. Don't think about it. Get a good night's sleep.
15 I'm sure you're all very tired. It's hard work what you're
16 doing. And we'll see you promptly at ten o'clock tomorrow
17 morning.
18 Again, if you're here a bit before ten, so counsel
19 should be on board by, you know, quarter of ten because this
20 jury tends to be on time, all right?
21 MR. CALHOUN: That would be great, Your Honor. I
22 have a hearing in front of Judge Buchanan at ten, so if we
23 could start a few minutes early, I could run down to five.
24 THE COURT: All right, that's fine. I'm sure you've
25 all been here so early, that's just fine, all right?

```
                                                                    1455
 1            And again, please make sure you stay healthy, stay
 2   safe.  Hope your families are doing as well, all right?  And I
 3   think you'll get home before the rain starts.  So we'll see
 4   you-all tomorrow.
 5            We'll recess court for the day.
 6      (Recess from 6:01 p.m., until 10:00 a.m., August 20, 2021.)
 7
 8                      CERTIFICATE OF THE REPORTER
 9       I certify that the foregoing is a correct transcript of
10   the record of proceedings in the above-entitled matter.
11
12
13                                       _____/s/_____
                                             Anneliese J. Thomson
14
```