FILED
IN OPEN COURT

AUG 20 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NAVIENT SOLUTIONS, LLC )
)
       Plaintiff, )
)
       v. )     1:19-cv-461 (LMB/TCB)
)
THE LAW OFFICES OF JEFFREY )
LOHMAN, P.C., et al., )
)
       Defendants. )

## SPECIAL JURY VERDICT AS TO JEFFREY LOHMAN

To answer any of the following questions, the jury must be unanimous.

1. As to Count II (RICO Violation 18 U.S.C. § 1962(c)), has Navient Solutions, LLC proven by a preponderance of the evidence that Jeffrey Lohman conducted or participated in conducting an enterprise through a pattern of racketeering?

                         __X__        ____
                         Yes           No

2. As to Count III (Conspiracy to Violate RICO 18 U.S.C. § 1962(d)), has Navient Solutions, LLC proven by a preponderance of the evidence that Jeffrey Lohman conspired to conduct or to participate in the conduct of an enterprise through a pattern of racketeering?



                         __X__        ____
                         Yes           No

1

3. If, and only if, you answered YES to either Question 1 or 2, what if any damages do you unanimously find Navient Solutions, LLC has proven by a preponderance of the evidence?

$ *100,000*

4. As to Count IV (Fraud), has Navient Solutions, LLC proven by clear and convincing evidence that Jeffrey Lohman committed fraud against Navient Solutions, LLC?

X
Yes        No

5. If, and only if, you answered YES to Question 4, what if any damages do you unanimously find Navient Solutions, LLC has proven by a preponderance of the evidence?

$ *100,000*

6. As to Count V (Tortious Interference with Contract or Business Expectancy), has Navient Solutions, LLC proven by a preponderance of the evidence that Jeffrey Lohman tortiously interfered with Navient Solutions, LLC's contracts or business expectancies?

X
Yes        No

2

7. If, and only if, you answered YES to Question 6, what if any damages do you unanimously find Navient Solutions, LLC has proven by a preponderance of the evidence?

$ *100,000*

8. If the jury has awarded damages for more than one count, did the jury intend for the damages to be added to each other?

_____  __X__
   Yes       No

*August 20, 2021*
DATE

_____  _____
            JURY FOREPERSON SIGNATURE

_____
JURY FOREPERSON PRINTED NAME