FILED
IN OPEN COURT

AUG 20 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| NAVIENT SOLUTIONS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19-cv-461 (LMB/TCB) |
| | ) | |
| THE LAW OFFICES OF JEFFREY | ) | |
| LOHMAN, P.C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SPECIAL JURY VERDICT AS TO THE LAW OFFICES OF JEFFREY LOHMAN

To answer any of the following questions, the jury must be unanimous.

1. As to Count II (RICO Violation 18 U.S.C. § 1962(c)), has Navient Solutions, LLC proven by a preponderance of the evidence that The Law Offices of Jeffrey Lohman conducted or participated in conducting an enterprise through a pattern of racketeering?

<u>   X   </u>    <u>     </u>
   Yes       No

2. As to Count III (Conspiracy to Violate RICO 18 U.S.C. § 1962(d)), has Navient Solutions, LLC proven by a preponderance of the evidence that The Law Offices of Jeffrey Lohman conspired to conduct or to participate in the conduct of an enterprise through a pattern of racketeering?

<u>   X   </u>    <u>     </u>
   Yes       No

1

3. If, and only if, you answered YES to either Question 1 or 2, what if any damages do you unanimously find Navient Solutions, LLC has proven by a preponderance of the evidence?

$ 1,146,500

4. As to Count IV (Fraud), has Navient Solutions, LLC proven by clear and convincing evidence that The Law Offices of Jeffrey Lohman committed fraud against Navient Solutions, LLC?

X
Yes        No

5. If, and only if, you answered YES to Question 4, what if any damages do you unanimously find Navient Solutions, LLC has proven by a preponderance of the evidence?

$ 1,146,500

6. As to Count V (Tortious Interference with Contract or Business Expectancy), has Navient Solutions, LLC proven by a preponderance of the evidence that The Law Offices of Jeffrey Lohman tortiously interfered with Navient Solutions, LLC's contracts or business expectancies?

X
Yes        No

2

7. If, and only if, you answered YES to Question 6, what if any damages do you unanimously find Navient Solutions, LLC has proven by a preponderance of the evidence?

$ *1,146,500*

8. If the jury has awarded damages for more than one count, did the jury intend for the damages to be added to each other?

|  | X |
| --- | --- |
| Yes | No |

*August 20, 2021*
DATE

JURY FOREPERSON SIGNATURE

JURY FOREPERSON PRINTED NAME

3