UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NAVIENT SOLUTIONS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:19-cv-00461 |
| THE LAW OFFICES OF JEFFREY LOHMAN, ET AL., | ) |
| Defendants. | ) |

**THE LOHMAN DEFENDANTS' NOTICE OF SUBSEQUENT AUTHORITY**

Defendants the Law Offices of Jeffrey Lohman, P.C. and Jeffrey Lohman (herein collectively referred to as "The Lohman Defendants") hereby submit for the Court's consideration the decision of the U.S. Court of Appeals for the Ninth Circuit in *Pick v. Kay*, No. 20-55804, 2022 WL 193197 (9th Cir. 2022), which was decided on January 21, 2022.

DATED: February 16, 2022               Respectfully submitted,

/s/ Thomas F. Urban II
Thomas F. Urban II, Virginia Bar No 40540
FLETCHER, HEALD & HILDRETH, PLC  1300 North 17th Street, Suite 1100
Arlington, VA 22209
(703) 861-5235 FAX (703) 812-0486
Urban@fhhlaw.com

Jeffrey E. Grell (pro hac vice)
GRELL FEIST PLC
825 Nicollet Mall, Suite 625
Minneapolis, MN 55402
(612) 353-5530 -Tel.
jgrell@grellfeist.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY THAT a true and accurate copy of the foregoing was sent using the Court's CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record for all parties who have appeared in this action on this the 16th day of February, 2022.

    /s/ Thomas F. Urban II
    Thomas F. Urban II