**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

NAVIENT SOLUTIONS, LLC,

        Plaintiff,

v.

THE LAW OFFICES OF JEFFREY
LOHMAN, ET AL.,

        Defendants.

Civil Action No. 1:19-cv-00461

**SATISFACTION OF ORDER FOR COSTS**

On August 5, 2025, the Court issued an Order for Costs, requiring that Plaintiff Navient

Solutions, LLC ("Navient") "pay a total amount OF $25,000.00 (twenty-five thousand dollars),

which the Court finds reasonable." (*ECF No. 591*) Defendants, the Law Offices of Jeffrey

Lohman and Jeffrey Lohman, hereby acknowledge Navient's full and complete satisfaction of

the Court's Order for Costs. (*ECF No. 591*) The undersigned authorizes that said order be

marked paid and that such full payment and cancellation of the same be recorded as provided by

law.

DATED:  September 23, 2025

Respectfully submitted,

/s/ Thomas F. Urban II
Thomas F. Urban II, VSB No. 40540
WILCOX SAVAGE
8201 Greensboro Drive, Suite 1001
McLean, VA 22102
(757) 628-5500
(757) 628-5659 (fax)
tfurban@wilsav.com

Jeffrey E. Grell (pro hac vice)
TED B. LYON & ASSOCIATES
18601 LBJ Freeway, Suite 525
Mesquite, TX 75150
T: 972-279-6571
F: 972-279-3021
jgrell@tedlyon.com

*Counsel for The Law Offices of Jeffrey Lohman,
P.C. and Jeffrey Lohman*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed the Stipulated Judgment

for Costs and proposed judgment, which will send a notification of such filing (NEF) to the

following counsel of record:

Jeffrey R. Hamlin
George R. Calhoun V
IFRAH PLLC
1717 Pennsylvania Avenue NW, Suite 650
Washington, DC 20006-2004
jhamlin@ifrahlaw.com
george@ifrahlaw.com

*Counsel for Plaintiff Navient Solutions, LLC*


/s/ Thomas F. Urban II